IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-02378-REB-NYW | Date: March 11, 2016 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Counsel* |
|---|---|
| JOHN HEWITT, MAUREEN O'HARE, **Plaintiffs,** v. KENNETH S. SOULE, PINNACLE REAL ESTATE SERVICES, INC. JULIE MAEDA, THE HAVEN TEAM, LLC **Defendants.** | *Robert E. McGough* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 9:41 a.m.

Appearance of counsel, and Mr. Hewitt and Ms. O'Hare. Mr. Hewitt and Ms. O'Hare appear by telephone.  Court advises Plaintiffs that defense counsel is in the courtroom. Mr. William Thode does not appear on behalf of the Plaintiffs.

Discussion and argument held on Motion to Withdraw [Docket No. 19] filed February 22, 2016.

**ORDERED: The Motion to Withdraw [19] is GRANTED. William D. Thode is granted leave to withdraw as counsel for Plaintiffs in this matter.  The Clerk of the Court is directed to remove William D. Thode as counsel of record for Plaintiffs.**

Plaintiffs' are advised of expectations when proceeding *pro se*.  Plaintiffs are specifically advised by the court that they are obligated to follow the same rules and substantive law as any represented party, even if they are proceeding *pro se*.

**ORDERED: The Clerk of the Court is directed to update Plaintiffs' mailing address to 368 Taylor Street, Unit F, Columbia, SC 29201.**

Attached to the minutes of this proceeding, is a document submitted directly to chambers, but not discussed on the record.

Court in Recess: 9:53 a.m.          Hearing concluded.          Total time in Court:   00:12

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.